UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| NIKOLIS T. JAMES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-2543-KHV |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Plaintiff has filed a motion for leave to file a second amended complaint pursuant to Fed. R. Civ. P. 15(a) (ECF No. 16). Under the time requirements set forth in D. Kan. Rule 6.1(d), defendants' response to the motion was due on October 21, 2019. No timely opposition has been filed.

D. Kan. Rule 7.4 provides, "If a responsive brief or memorandum is not filed within the D. Kan. Rule 6.1(d) time requirements, the court will consider and decide the motion as an uncontested motion. Ordinarily the court will grant the motion without further notice." The court considers the instant motion unopposed. In addition, the court finds good cause for the proposed amendments. The motion is granted. Plaintiff shall file his second amended complaint forthwith.

Dated October 25, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge