UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NIKOLIS T. JAMES,

      Plaintiff,

v.     Case No. 19-2543-KHV

EQUIFAX INFORMATION SERVICES LLC,
et al.,

      Defendants.

## (**Corrected) AMENDED SCHEDULING ORDER**[1]

The parties have filed a joint motion (ECF No. 48) to amend the scheduling order filed on November 25, 2019 (ECF No. 32). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a. All discovery shall be commenced or served in time to be completed by **September 9, 2020.**

    b. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendants by **June 29, 2020.** Defendants' experts deposed by **August 4, 2020**.

    c. The final pretrial conference is rescheduled from July 23, 2020 to **September 23, 2020, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City,

---

[1] This order corrects a typographical error in paragraph b of the Amended Scheduling Order filed on April 21, 2020. The word "deposed" has replaced the word "disclosed."

1

Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **September 10, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

  d. The deadline for filing potentially dispositive motions is **November 2, 2020**.

  e. With the permission of the presiding U.S. district judge, the case is reset for trial on a trial calendar that will begin on **June 7, 2021.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 28, 2020, at Kansas City, Kansas.

           s/ James P. O'Hara
           James P. O'Hara
           U.S. Magistrate Judge